In the Matter of the Assignment of S. FREDERICK MILLS et al., Individually and as Members of the Firm of MILLS BROTHERS & COMPANY.

EDWARD HARDING, as Assignee, et al., Appellants; RICHARD A. CANFIELD, Respondent.

*Matter of Mills,* 139 App. Div. 54, affirmed,
(Argued January 3, 1911; decided January 17, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 10, 1910, which affirmed an order of Special Term confirming the report of a referee and awarding to the respondent herein certain property in the hands of the assignee in a special proceeding under the Assignment Act to determine its ownership.

*Douglas Campbell* for appellants.

*H. S. Marshall* and *George Gordon Battle* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD. BARTLETT, HISCOCK, CHASE and COLLIN, JJ.